IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CV3180 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LORNA S. RADER; ALVIN L., | ) | |
| RADER (deceased); BLUE VALLEY | ) | |
| COMMUNITY ACTION, INC., | ) | |
| JOSEPH F. CHILEN, TRUSTEE; | ) | |
| PACESETTER CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion to Confirm Sale, filing 29.

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than July 29, 2010, file with the Clerk and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:00 p.m. on August 6, 2010, in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the following parties:

    Pacesetter Corporation
     n/k/a Optimus Corp.
    c/o Donald D. Kluthe
    4405 S. 96th Street
    Omaha, NE 68127

    Lorna S. Rader
    ----------------------
    Cairo, NE 68824

    Blue Valley Community Action, Inc.
     c/o Joseph F. Chilen, Trustee
    510 D Street
    P. O. Box 4
    Fairbury, NE 68352

    REO Enterprises LLC
    2884 Yankee Hill
    Milford, NE 68405

DATED: July 8, 2010.

BY THE COURT:

*Richard G. Kopf*
RICHARD G. KOPF
U.S. DISTRICT COURT JUDGE